# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

COLONIAL LIFE & ACCIDENT                                                                    PLAINTIFF
INSURANCE COMPANY

v.                                              No. 1:13CV00088 JLH

ESTATE OF ROBERT SMITH, DECEASED;
and SHELIA SMITH                                                                             DEFENDANTS

## ORDER

Pursuant to the stipulation of the parties, all claims of all parties are dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED this 3rd day of December, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE